PC SCAN

RECEIVED E.C
8/11/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SCANNED at MENARD and E-mailed 8-11-22 by SS 57 pages
Date initials No.

Daniel Rodriguez

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Director of I.D.O.C. Rob Jeffreys,
Warden D. Gomez,
Sgt. Anastacio,
Lt. John Doe,
John Doe's, unknown number,
S.O.R.T. John Doe's.

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 1:22-CV-4245
(To be supplied by the Clerk of this Court)

JUDGE THARP JR.
MAGISTRATE JUDGE GILBERT

PC 3
DIRECT

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** **U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Daniel Rodriguez

B. List all aliases: Pablo Martinez

C. Prisoner identification number: K76536

D. Place of present confinement: Menard Correctional Center

E. Address: 711 Kaskaskia

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Rob Jeffreys

Title: Director

Place of Employment: Illinois Department of Correction

B. Defendant: D Gomez

Title: warden of Stateville Correctional Center

Place of Employment: Illinois Department of Correction

C. Defendant: Anastacio

Title: Sergeant of Stateville Correctional Center

Place of Employment: Illinois Department of Correction

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. Defendant(s):   John Doe

   D. Defendant: John Doe

     Title: Lieutenant of Stateville Correctional Center

     Place of Employment: Illinois Department of Correction

   E. Defendant: John Doe's unknown number

     Title: Staff's / Correctional officer's of Stateville.

     Place of Employment: Illinois Department of Correction.

   F. Defendant: John Doe's

     Title: S.O.R.T.

     Place of Employment: Illinois Department of Correction.

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Rodriguez v. Wexford 16cv10427

B. Approximate date of filing lawsuit: 11-22-16

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Daniel Rodriguez

D. List all defendants: Wexford Health Source Inc. Nurse Wendy olsen, DR Saleh Obaisi.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): US Northern district court of Illinois

F. Name of judge to whom case was assigned: John J. Tharp JR.

G. Basic claim made: Deliberately Indifferent to my Serious medical needs

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

I. Approximate date of disposition: 2018 OR 2019

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III.

A. Name of case and docket number: Rodriguez v. Chicago Police Department.

B. Approximate date of filing lawsuit: 11-06-15.

C. List all Plaintiffs (if you had co-plaintiffs), including any aliases: Daniel Rodriguez.

D. list all defendant: Chicago Police Department.

E. Court in which the lawsuit was filed: Cook County. Illinois.

F. Name of Judge whom case was assigned: Judge Rodolfo Garcia.

G. Basic claim made: freedom of Information Complaint. for failing to provided Exculpatory Police Reports.

H. Disposition of this case: Dismissed. After provide the Exculpatory. Police Reports.

I. Approximate date of disposition: None.

III.

A. Name of cause and docket number: Rodriguez v. Baldwin.

B. Approximate date of filing lawsuit: 6-18-18.

C. List all Plaintiff: Daniel Rodriguez.

D. list all Defendants: Illinois Department of Correction, Director John Baldwin.

E. Court in which the lawsuit was filed: Cook County Illinois.

F. Name of Judge to whom case was assigned:

G. Basic claim made: violation of Due process in making me do one year in the segregation unit.

H. Disposition of this case: dismissed since I did the year segregation.

I. Approximate date of disposition: none.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Rob Jeffreys is the Director of Illinois Department of Correction and is responsible for all I.D.O.C. facilities and is responsible for the safety of all staff and individuals in custody.

Rob Jeffreys was directly negligent in his duties and responsibleties when he is denying plaintiff's grievances seeking medical treatment for his excessive force injuries to his head, face, shoulders, back, knee's, broke left ankle, body. Defendant Rob Jeffreys is be medically deliberately indifferent to plaintiffs proper medical needs and is being cruel and unusual in allowing plaintiff to continual suffering in violation of his 8th and 14th amendments to the U.S. Constitution.

D. Gomez is the warden of Stateville Correction Center and is responsible for the safety of all staff in Stateville C.C. and individuals in his custody.

D. Gomez is directly negligent in his duties and responsibleties when he was made aware of the injuries plaintiff is suffering from during the attack by his staff that in retaliation for plaintiff complaining he gave the authority to transfer plaintiff without yet receiving the proper medical treatment he needs.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Defendant D. Gomez is being medically deliberately indifferent to plaintiff's proper medical needs and is being cruel and unusual in allowing a continual suffering in violation of his 8th and 14th Amendments to the U.S. Constitution.

Anastacio is the Sergeant of unit B-House at Stateville Correction Center and is responsible for the safety of all staff and individuals in custody in unit B-House at Stateville Correctional Center.

Sergeant Anastacio was directly involve in initiating the assault against plaintiff when on 12-21-20 he initiated the assault in approaching plaintiff pepper spraying him in his face and hitting him in the face causing pain and injuries to plaintiff then refusing to give plaintiff immediate medical treatment he needs and is being cruel and unusual in allowing plaintiff to continual suffering in violation of his 8th and 14th Amendments to the U.S. Constitution.

Lieutenant John Doe is the lieutenant of unit X-House at Stateville Correctional Center and is responsible for the safety of all staff and individuals in custody in unit X-House at Stateville Correctional Center.

Lieutenant John Doe was directly involve in the assault against plaintiff when on 12-21-20 while plaintiff was handcuff from the back him and other staff continual the assault on plaintiff on and off while he was placed in a cell in unit X-House

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

were they attack Plaintiff before they left him naked in this cell in retaliation for plaintiff Consistanly asking for medical Attention leaving plaintiff with a disfigure face. broken left ankle. injuries to his head Shoulders. Back. arms. knee's bloody mouth broken teeth and body.

Lt. John Doe Conspire in the use of Extreme excessive force used against plaintiff and refusing to provide the medical treatment he needs. In violation of his 8th and 14th Amendments to the U.S. Constitution.

Unknown number of John Doe's are staff at Stateville Correctional Center and are responsible for the safety of the staff and individuals in Custody at Stateville Correctional Center.

Unknown number of John Doe's are directly involve in the Extreme excessive force use.(Conspiring) against plaintiff on 12/21/2020. After plaintiff was laying on his stomach not being able to see. Due to the pepper spray being in his eyes they handcuff him from the back that's when the unknown number of John Doe's began to viciously attack plaintiff leaving him with a broken left ankle. injury's to his body. face then defendant's pick him up Plaintiff told Defendant's he can't walk his back. left ankle hurt's a lot he needs medical treatment they said plaintiff ain't getting Sh** then Defendant's began to drag Plaintiff then they stopped and began to viciosly beat plaintiff in his head. face and body

then they began to drag plaintiff aagin then they stopped plaintiff pleaded with them to please stopp hitting him then they began to viciously brutally attack plaintiff making him lose conscious on and off next thing he knew plaintiff was being drag again this happened to plaintiff in a total of four times that defendant's dragged plaintiff then viciously brutally beating him in his face body and head to the point of making him lose conscious on and off all the way until plaintiff was placed in segregation cell at unit x-house by defendant's were they beat plaintiff in the cell took off his cloth's leaving him naked without giving plaintiff immediate medical treatment that plaintiff stated to Defendant's he needed during this vicious beating Defendant's conspire to use Extreme excessive force while plaintiff was handcuff from the back without putting no resistance plaintiff thought the Defendants were going to kill him. plaintiff is left with internal injury's he still is suffering tremendous pain from his left ankle, back, shoulders and knee's without yet receiving the proper medical

treatment he's very much in need when these defendant's are the actual cause of plaintiff's tremendous pain and suffering he is induring daily cause of Defendant's conspiring this extreme excessive force they used against plaintiff which they also left plaintiff with broken teeth.

Two John Does employee's with the Illinois Department of Corrections S.O.R.T team who refuse to hear plaintiff's pleads on 12-21-20 when he stated to the defendants that he was not able to get in the dog cage cause of the tremendous pain he is suffering from this beating he took that left plaintiff in a wheelchair due to not being able to walk on his left broken ankle and the injury's to his back and body causing more tremendous pain everytime he moves. Defendant's told plaintiff they did not care and throw plaintiff in the Dog Cage. making plaintiff to have to suffer more tremendous pain without yet receiving the proper medical treatment he desperately needs.

Plaintiff has fully exhausted his administrative remedies through the inmate grievance procedure for emergencies. Plaintiff will need Counsel to conduct discovery from the I.D.O.C. where Defendant's have evidence that will corroborate plaintiff's claim through the videotape camera's.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

injunctive Relief for treatment and award payment for punitive Damages and Compensatory Damages attorney fees and any other relief the Court sees just and proper.

VI. The plaintiff demands that the case be tried by a jury. ■ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6 day of 14, 2022

Daniel Rodriguez
(Signature of plaintiff or plaintiffs)

Daniel Rodriguez
(Print name)

K76536
(I.D. Number)

P.O. BOX 1000
711 Kaskaskia
Menard IL 62259
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1st Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec:

| Date: 12-24-20 | Offender (please print): Daniel Rodriguez | ID #: K76536 | Race (optional): |
|---|---|---|---|
| Present Facility: Menard | | Facility where grievance issue occurred: Stateville | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Mail Handling
- ☑ Medical Treatment
- ☐ ADA Disability Accommodation
- ☑ Staff Conduct
- ☐ Dietary
- ☐ HIPAA
- ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility
- ☐ Other (specify):
- ☑ Disciplinary Report: 12 21 2020 (Date of report), Stateville (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Boa
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer**, only if **EMERGENCY** grievance
**Mail to Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drug issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying informatio each person involved):

Please view cameras located in Stateville Cell House unit B and any leading All the way to unit X-House Cell 08 of the Date of brutal Attack 12-21-20 by Stateville C/os, which I.A. where made aware of this brutal attack Done to me And Staffs Have inform me I.A. Have Control of these Cameras. After this brutal attack on me I was denied immediate medical Attention only to be placed in a Cell in unit X-House Segregation unit were they attacked me before they left me naked even though

☒ Continued on reve

**Relief Requested:**

Immediately fired these staff's; let me receive proper Medical treatment; let me out of segregation; Transfer me to Sheridan or anywhere close to Chicago; Award Compensatory; Punitive Damages for me pain and suffering.

☑ **Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.**

☐ **Check if this is NOT an emergency grievance.**

[signature] Offender's Signature — K76536 ID# — 12-24-20 Date

**(Continue on reverse side if necessary)**

**Counselor's Response** (if applicable) **Date Received:** ________ ☐ **Send directly to Grievance Officer**

☐ **Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277**

**Response:**

Print Counselor's Name — Sign Counselor's Name — Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance offi

**EMERGENCY REVIEW:** Date Received: ________

**Is this determined to be of an emergency nature:**

- ☐ Yes, expedite emergency grievance
- ☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature — Date

Assigned Grievance #/Institution: Housing Unit: Bed #:

1st Lvl rec: 2nd Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

I made them aware that I needed medical attention. Due to the brutal beatened I took to my body, head and face that anybody can see by just looking at my face. While it was happening I believed I was going to die. During the brutal beatened I was not able to see from being pepper spray on my faced but I knew it was the C/o's cause I was hand cuffed from the back when I was brutally beatened. Which led to me being sent out in a ambulance to a out side hospital call Saint something due to the injuries that can be sawed in my face, head and ankle that look to be brokened and the agony I was in from the tremendous pain I was suffering (which I still am).

All this begin when Sgt Nostacio attack me by first pepper spraying me in my face then while I could not see I felt him hitting me in my face. During all this I was confuse all I could think is I did nothing to this man. He is trying to kill me. I then blacked out. After this all can recall is not being able to see then being brutally attacked and beatened from my head, face and body. All this has left me with extreme pain everywhere.

After existing the hospital in a wheelchair I was forced into a dog cage by white staffs call S.O.R.T even though I was still suffering tremendous pain all over my body, head and face; ankle I can even walk on. I made them aware of this, but they did not care and throw me in the dog cage stating its part of I.D.O.C. security reasons.

Intel Lt. Taylor was made aware on 12-21-20 about the videotape stating the above. Also I recall a number of staff taken picture's and video of me after the attack (please view all this)

J.B. Pritzker
Governor

Rob Jeffreys
Director

**The Illinois Department of Corrections**

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Daniel Rodriguez

1/10/22
Date

ID#: K76536

Facility: Menarc

This is in response to your grievance received on 1/19/21. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 12/24/20 **Grievance Number:** ______ **Griev Loc:** Stateville

- ☐ Transfer denied by the Facility
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Assignment (job. cell)
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ■ Disciplinary Report: Dated: 1/19/21 Incident # 202100061/1-MEN
- ■ Other Excessive force and lack of medical treatment 12/21/20

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden ______ is advised to provide a written response of corrective action to this office by ______.
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ■ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ■ Other: Pursuant to your letter dated 12/19/21, this grievance was reviewed for just cause. Disciplinary report & discipline imposed stand. Excessive force claim was investigated and determined to be unsubstantiated. Submit request for nurse sick call for any medical concerns. Financial compensation is outside the jurisdiction of this office.

FOR THE BOARD: L Weitekamp
Lisa Weitekamp
Administrative Review Board

CONCURRED: Rob Jeffreys SB
Rob Jeffreys
Director

CC: Warden, Menard Correctional Center
Daniel Rodriguez, ID# K76536

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

***www.illinois.gov/idoc***

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Injury Report

Offender Name: Rodriguez, Daniel ID#: K76536

Age: 37 Date of Birth: 3/27/1982 Sex: M Race: Hispanic

Date of Injury: 12/21/20 Time of Injury: 1151 ☒ am ☐ pm Location: X-House

How did the injury occur?

Was it witnessed by staff? ☐ No ☐ Yes (If yes, please list names)

**Location in facility:**

- ☐ LTA (gym, basketball, football, etc.)
- ☐ Group (therapy)
- ☐ Housing Unit (cell, dayroom, tv room, etc.)
- ☐ School (classroom, library)
- ☐ Kitchen
- ☐ Other

**Type of Injury:**

- ☐ Sports
- ☒ Assault
- ☐ Job Related
- ☐ Non-job Related
- ☐ Self-inflicted
- ☐ Fight

[signature] — Signature

CMT/LPN — Title

12/21/20 — Date

**(Medical Report on Reverse Side)**

Side 1

Distribution: Offender Medical File

Printed on Recycled Paper

DOC 0313 (Eff. 07/2006)
(Replaces DCA7111-1A1)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Stateville Correctional Center

**Offender Information:**

Last Name: Rodriguez First Name: Daniel MI: ID#: K76536

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/21/20 | M.O. Note | ① Refer to St Joseph ER |
| @ 1500 | S: Pt presents to HCU after | |
| BP 141/101 | an altercation. He reports | |
| R 16 | having a headache - Nurse | [signature] |
| P 136 | reports he may be drinking | |
| T 98.0 | | |
| SpO2 98% | O: awake, alert, [illegible] | |
| | HEENT = PERRL Multiple | |
| | contusions: (R) face, (R) | |
| | forehead and (L) parietal and | |
| | Occipital region. Has | |
| | laceration in upper and lower lip. | |
| | Exam of (L) posterior shoulder shows abrasions. Exam of (L) ankle shows swelling. | |
| | | |
| | A- Multiple contusions, head | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional** **Center**

**Offender Information:**

Rodriguez (Last Name) Daniel (First Name) MI ID#: K76536

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-23-20 11 AM BP 153/87 P 71 R 18 T 96.4 O2 98% | NP Note: Requesting renewal of Tylenol #3. Hx chronic back pain. Seen at UIC pain clinic two weeks ago for epidural steroid injection. No relief with injection thus far. Just ran out of allergy nasal spray, which he uses daily. (O) Awake alert oriented and conversant. In no obvious distress. Ambulatory without difficulty. (A) Chronic Low Back Pain medication Renewal | Rx - Tylenol #3 Nasocort allergy Currently - medications renewed. PLD, FNP-BC |
| 11/30/20 3[11] PM | Psychiatry I/M seen. Form 0502 done | F/U in 5 weeks Dr Pappa |

ILLINOIS DEPARTMENT OF OFFENDER

**Offender Health Status Transfer Summary**

Transferring Facility: Stateville Center

Offender Information: Rodriguez (Last Name) Daniel (First Name) MI ID#: K76536

Date: 12, 21, 20 Time: ______ ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: ______ Food Handler Approved: ______

Current / Acute Conditions / Problems: ______

Chronic Conditions / Problems: ______

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: Remeron 30mg x40dy 10/28/20

Chronic Long-term: ______

Chronic Psychotropic: ______

Current Treatments: ______

Therapeutic Diets: Reg

Follow-Up Care: PRN

Chronic Clinics: ______

Specialty Referrals: ______

Significant Medical History: Psych

Physical Disabilities / Limitations: ______

Assistive Devices / Prosthetics: ______ ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt: Date: / / ☒ Hx Psych Med ☐ Hx MPC / STC Substance Abuse: ☐ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other ______ ☐ Packet Complete

A. Bocut LPN (Print Name and Title) — [signature] LPN (Signature) — 12, 21, 20 (Date)

**Reception Screening** (completed by receiving facility health care staff):

Facility: SRA Date: 12, 21, 20 Time: 800 ☐ a.m. ☒ p.m.

Subjective:

Current Complaint: Return from ER St Joes

Current Medications/Treatment: See MAR.

Assessment: A+Ox3, via w/c. Abrasion to face & arms. ⓛ leg in splint. accompanied by TAC Team.

Objective:

Physical Appearance/Behavior: Abrasion to face & lips, arms, Splint to ⓛ Foot

Deformities: Acute/Chronic: ______

T: 96.4 P: 101 R: 22 B/P: 168 / 105 97%

Plan: Disposition:

☐ Health Information Given ☐ Emergency Referral: ______

☐ Sick Call: Urgent / Routine

☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): ______

☐ Infirmary Placement: ______

☐ Other (specify): ______

G Vaughn RN (Printed Name and Title) — G Vaughn, RN (Signature) — 12, 21, 20 (Date)

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

______ Offenders Signature ______ Date ______ Time ☐ a.m. ☐ p.m.

ILLINOIS DEPARTMENT OF OFFENDER

**Offender Health Status Transfer Summary**

Transferring Facility: Menard Correctional Center

Offender Information: Rodriguez (Last Name) Daniel (First Name) MI ID#: K76534

Date: ______ Time: ______ ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: ______ Food Handler Approved: ______

Current / Acute Conditions / Problems: ______

Chronic Conditions / Problems: ______

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: ______

Chronic Long-term: ______

Chronic Psychotropic: ______

Current Treatments: ______

Therapeutic Diets: ______

Follow-Up Care: ______

Chronic Clinics: ______

Specialty Referrals: ______

Significant Medical History: ______

Physical Disabilities / Limitations: ______

Assistive Devices / Prosthetics: ______ ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt Date: ______ ☐ Hx Psych Med ☐ Hx MPC / STC Substance Abuse: ☐ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ______ ☐ Packet Complete

Health Care Staff and Title ______ Signature ______ Date ______

**Reception Screening** (completed by receiving facility health care staff):

Facility: Menard Date: 12/22/20 Time: 1450 ☐ a.m. ☒ p.m.

Subjective:

Current Complaint: "My foot Hurts"

Current Medications/Treatment: See Chart

Objective:

Physical Appearance/Behavior: Well groomed Appropriate

Deformities: Acute/Chronic: See assessment

T: 97.4 P: 102 R: 17 B/P: 122/80

Assessment: Bruising to left side of offenders forehead, nose, left side of face and left cheek. Swelling to lips. Bruising to the crown of his head and to the left parietal area. Bruising to left shoulder blade. Rt knee bruised. Swelling/Bruising to left ankle

Plan: Disposition:

☐ Health Information Given ☒ Emergency Referral: Send to HCU for x-ray per Dr. Siddiqui

☐ Sick Call: Urgent / Routine (circled)

☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): ______

☐ Infirmary Placement: ______

☐ Other (specify): ______

Printed Name and Title: Angelbe [illegible] Signature: [signature] Date: 12/22/20

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

Mental Health Professional Signature and Title ______ Date ______ ☐ Approved ☐ Denied

Health Care Staff Signature and Title ______ Date ______ ☐ Approved ☐ Denied

Distribution: Offender's Medical Record
Transferring Facility
Receiving Facility

*Printed on Recycled Paper*

DOC 0090 (Rev. 12/2018)


# NOTICE OF APPROVAL

To: Site Medical Director and HSA
From: Utilization Management
Date/Time: 04/27/2021 / 11:38:02

Inmate Name / HSN: DANIEL RODRIGUEZ / K76536
Date of Birth: 03/27/1982
Site: MENARD
Service: 99213-OFFICE O/P EST LOW 20-29 MIN
Authorization No: 740365566

Based upon a review of the information provided, Service is Approved.

Comments: 4-22-21 Ortho F/U approved by Dr. Ritz in collegial with Dr. Siddiqui for a patient with a L Ankle non-displaced fracture extending into the tip of the lateral malleolus. Seen by Ortho 12-24-20; placed in short leg cast and recommended f/U in 4 weeks. Seen by Ortho 1-28-21; noted continued pain. Cast was removed. Placed back in cast and recommended 3 week F/U. Last seen by Ortho 3-25-21; recommended PT and F/U in 3 weeks.

From:____________________________
Dedicated Utilization Management

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Wexford Health Sources
Phone: 877-939-2884 -or- 800-353-8384
Fax: 412-937-9151
www.wexfordhealth.com

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: Rodriguez (Last Name) Daniel (First Name) ____ (MI) K76536 (ID#)

Facility: Menard

[X] Grievance: Facility Grievance # (if applicable) __________ Dated: 1/4/21, 1/18/21, 12/23/20 or [ ] Correspondence: Dated: __________

Received: 1/22/21 (Date) Regarding: Beaten @ Stateville, DR 1/19/21 med TX, P.P.

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

- [ ] Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- [ ] Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- [ ] Provide dates when incidents occurred.
- [ ] Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

- [ ] Contact your correctional counselor or Field Services regarding this issue.
- [ ] Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- [ ] Contact the Record Office with your request or to provide additional information.
- [X] Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- [ ] Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

- [ ] Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- [ ] Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- [ ] Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- [ ] Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- [ ] This office previously addressed this issue on __________ (Date)
- [ ] No justification provided for additional consideration.

Other (specify): You need to put on the revised Jan 2020 form.

Completed by: Sherry Benton (Print Name) S. Benton (Signature) 2/1/21 (Date)

Review DR 504F.

Distribution: Offender, Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev. 3/2018)

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

RECEIVED
MAR 0 1 2021

| Date: 1-14-2021 | Offender: (Please Print) Daniel Rodriguez | ID#: K76536 |
|---|---|---|
| Present Facility: Menard | Facility where grievance issue occurred: Stateville and Menard | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): ______
- ☒ Disciplinary Report: 12 / 21 or 22 / 2020 (Date of Report) — Stateville (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if **EMERGENCY** grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED
JAN 2 5 2021
ADMINISTRATIVE REVIEW BOARD

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Please view video cameras located in Stateville in cell house unit B and the leading all the way to X-House cell on date of brutal attack December 21st, 2020 by Stateville's Correctional Officer's which internal affairs where made aware of this brutal attack and staff's have informed me I.A. have control of these cameras.

After this brutal attack on me I was denied immediate medical attention only to be placed in a cell in unit X-House segregation unit were they attacked me before then left me naked even though I made them aware that I needed medical attention. Due to the brutal beatened I took to my body, head and face that anybody can see by just looking at my face. While it was happening I believed I was going to die.

During the brutal beatened I was not able to see from being pepper spray on my face but I knew it was the C/o's cause I was hand cuffed from the back when I was brutally beatened. Which led to me being sent out in a ambulance to a out side hospital call Saint something. Due to the injuries that can be seened in my face, head and

**Relief Requested:** Immediately fired these staff's, give me proper medical treatment, let me out of seg. Transfer me to Sheridan or send back to Stateville to receive some better medical treatment as Menard is refusing to give me some proper medical treatment; award me compensatory damages; punitive damages for the pain and suffering

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Offender's Signature — K76536 ID# — 1, 14, 2021 Date

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ______

______ Print Counselor's Name ______ Counselor's Signature ___/___/___ Date of Response

## EMERGENCY REVIEW

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

______ Chief Administrative Officer's Signature ___/___/___ Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

Ankle that look to be broken and the agony I was in from the tremendous pain I was suffering (which I still am)
All this began when Sergeant Newton [illegible] Attack me by first pepper spraying me in my face then while I could not see I
felt him Hitting me in my face. During All this I was confused All I could think is I did nothing to this man, he is trying
to kill me I then blacked out. After this All I can recall not being able to see then being brutally Attacked and
Beatened from my Head, face and body All this Has left me with Extreme pain everywhere.
After Exiting the Hospital in a wheelchair I was forced into a Dog Cage by two white Staffs Call S.O.R.T even though
I was still suffering tremendous pain all over my body. Head and face, Ankle I can't even walk on. I made
them aware of this but they did not care and throw me in the Dog Cage stating it's part of I.D.O.C. Security
Reason
Take Lt. Taylor was made aware on 12-21-20 about the video tape stating the above. Also I recall a number of staff taken
picture's and video of me after the Attack (Please view All this)
In Retaliation they transfer me to the Most bias Racist Prison in the I.D.O.C. on 12-22-20 In a Dog Cage even
though I informed these two white Staffs Call S.O.R.T. of the tremendous pain I am in. They were not trying
to hear anything I stated to them and throw me in the Dog Cage, Making me have to suffer worst tremendous
pain for hours only to be dehumanized. This happened again once we got to I think Logan C.C were two other
white Staffs Call S.O.R.T. did the Same forced me in another Dog Cage Refusing to hear my Pleads. For More
Hours they made me suffer tremendous pain in these Dog Cages only to suffer.
This transfer happened Also to denied me medical treatment Due to the Doctor from the out side Hospital at Saint
Something in Joliet. This Doctor stated on 12-21-20. That I needed to go back out to the outside Hospital the Next Day
12-22-20. to get a Cast put in my left Ankle. Once I made it back to Stateville on 12-21-20. From the out side Hospital
I was seened by a Nurse who was made aware of this. She stated that I will be Receiving two tramandol's twice
a day then she gave me two to take since she knew of my pain, but ever since the two she gave me I have
Not Received None even After Constantly Complaining to the Nurse's that past out medication. As this
Medication Helps me Cope with this tremendous pain I am suffering Daily.
Once I made it to Menard without yet a Cast on my left ankle on 12-22-20. suffering tremendous pain. Doctor [illegible] seened my left
Ankle and told Sergeant Jackson to place me in the Healthcare unit. Sergeant Jackson stated the Shift Commander said to take me
to the Segregation unit not Healthcare unit. I informed them and a white Nurse of the tremendous pain I am in and that I am not
able to walk (while I was in a wheelchair) (see medical Records)
On 12-24-20. while House in the Segregation unit in North 1 on 6 gallery the End of 3rd Shift or begining of 1st Shift Two white
C/O's Refused to provide me a wheelchair (without yet no Cast on my left ankle) Only to cause me More tremendous pain in my lower
back and shoulders by Hand Cuffing me from my back and forcing me to walk on one leg from the back of 6 gallery to the front
of the gallery Down the stairs (while they laugh and made Jokes About me) (Please view Cameras that Support the Above)
On 1-4-20. The tremendous pain and suffering I am withing I brought to the Attention of Nurse Neerman who stated I can't have Crutches
Due to Security. I stated to her using my Right leg to move around is Causing me More tremendous pain on my back, shoulders
and my Right knee by forcing me to use them to get around in the Cell since I can't use my left leg. And why have I not been
Receiving the tramadol's when they help me Cope with the tremendous pain I am suffering from after this Attack. (I yet have
not been Receiving the tramadol's) and Nurse Neerman took me off the pain medication (Tylenol 3) I been Rec-
eiving for the tremendous lower back pain I suffer from daily. (See my Medical Records)
[illegible] Menard is a Racist prison that even a Bureau of identification staff Refused to take a up to date New picture
of me cause He did not want anybody to see how my face look After I took the brutal Beatened by I.D.O.C. Staffs
But yet He fabricated that He did take a New picture, not knowing that part of the Reason I was sent out to the Hos-
pital out side is cause of the way C/O's brutally Beatened my face.

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

RECEIVED

MAR 0 1 2021

**Date:** 1-18-2021 **Offender: (Please Print)** Daniel Rodriguez **ID#:** K76536

**Present Facility:** Menard **Facility where grievance issue occurred:** Stateville and Menard

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): ____________
- ☐ Disciplinary Report: 12 / 21 / 2020 — Date of Report; Stateville — Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED JAN 22 2021 ADMINISTRATIVE REVIEW BOARD

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Please view video cameras located in Stateville in cell house unit B and any leading all the way to X-House cellar on Date of brutal attack December 21st 2020 by Stateville's Correctional Officer which internal affairs where made aware of this brutal attack and staff's have informed me internal affairs have control of these cameras. After this brutal attack on me I was denied immediate medical attention only to be placed in a cell in unit X-House Segregation unit were they attacked me before they left me naked even though I made them aware that I needed medical attention. Due to the brutal beatened I took to my body, head and face that anybody can see by just looking at my face (while it was happening I believed I was going to die). During the brutal beatened I was not able to see from being pepper spray in my faced but I knew it was the C/O's cause I was hand cuffed from the back when I was brutally beatened. Which led to me being sent out in a ambulance to a out side hospital call Saint (something). Due to the injurie's that can be seened on my face, head and ankles that look like brokened and the agony I was in

**Relief Requested:** immediately fired these staffs; give me proper medical treatment; let me out of seg; Transfer me to Sheridan or send me back to Stateville to receive some medical treatment; Give me my property; award me compensatory damages; punitive damages for the pain and suffering

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Daniel Rodriguez — Offender's Signature | K76536 — ID# | 1/18/2021 — Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

**Date Received:** ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** ____________

Print Counselor's Name ____ Counselor's Signature ____ Date of Response ___/___/___

**EMERGENCY REVIEW**

**Date Received:** ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ____ Date ___/___/___

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

from the tremendous pain I was suffering (which I still am). All this began when Sergeant Nestario Attack me by first pepper spraying me in my face then while I could not see I felt him hitting me in my face. During all this I was confused. All I could think is I did nothing to this man he is trying to kill me. I then black out. After this all I can recall is not being able to see then being brutally attacked and beaten from my head, face and body. All this has left me extreme pain everywhere. After arriving the hospital in a wheelchair I was forced into a Dog Cage by two white staff's call S.O.R.T. even though I was still suffering tremendous pain all over my body, head, face and ankle I can't even walk on. I made them aware of this but they did not care and threw me in the Dog Cage stating it's part of I.D.O.C. security reasons. Intel Lt. Taylor was made aware on 12-21-20 about the video there stating the above. Also I recall a number of staff taken pictures and video of me after the Attack (Please view all this).

In retaliation they transfer me to the most bias racist prison in the I.D.O.C. on 12-22-20. In a Dog Cage even though I informed these two white staff's call S.O.R.T. of the tremendous pain I am in. They were not trying to hear anything I stated to them and threw me in the Dog Cage. Making me have to suffer more tremendous pain for hours only to be dehumanized with more suffering tremendous pain. This happened again once we got to I think Logan C.C. were two other white staff's call S.O.R.T. Did the same forced me in another Dog Cage refusing to hear my pleads. For more hours they made me suffer more tremendous pain in these Dog Cages only to make me suffer. This transfer happened also to denied me medical treatment the doctor from the out side hospital at Saint (something) in Joliet. This Doctor State on 12-21-20 that I needed to go back out to the out side hospital the next day 12-22-20 to get a cast put on my left ankle. Once I made it back to Stateville C.C. on 12-21-20 from the out side hospital I was seened by a Nurse who was made aware of this. She stated that I will be receiving two tramadol's twice a day then she gave me two to take since she knew of my pain. But ever since the two she gave me I have not received none even after consistently complaining to the Nurses. As this medication helps me cope with the tremendous pain I'm suffering daily. Once I made it to Menard without yet a cast on my left ankle on 12-22-20, suffering tremendous pain, Doctor Siddiqui seened my left ankle and told Sergeant Jackson to place me in the Healthcare Unit. Sergeant Jackson stated the Shift Commander said to take me to the segregation unit. Not Healthcare unit. I informed them and a white Nurse of the tremendous pain I am in, and that I am not able to walk (while I was in a wheelchair). On 12-24-20 while house in the segregation unit in North 2 on 6 gallery the end of 3rd shift or beginning of 1st shift two white C/O's refused to provide me a wheelchair (without yet no cast on my ankle) only to cause me more tremendous pain on my lower back and shoulders by hand cuffing me from my back and forcing me to walk on one leg from the back of 6 gallery to the front of the gallery down the stairs (while they laugh and made jokes about me) (Please view cameras that support the above) (See Medical records). On 1-4-2021 the tremendous pain and suffering I am enduring I brought to the attention of Nurse Neerman who stated I can't have a crunch due to security. I stated to her using my right leg to move around is causing me more tremendous pain in my back, shoulders and my right knee by not being able to use my left leg and why have I not seened receiving the tramadols when they help me cope with the tremendous pain I am suffering from the attack. I yet have not seened receiving the tramadol's and Nurse Neerman took me off the tylenol's 3's I seened receiving for the extreme lower back pain I suffer from daily. Making me suffer more tremendous pain due to her actions. I seened consistently complaining to the Nurses's about the above without yet obtaining no relief.

They know Menard C.C. is a bias racist prison that even the Bureau of identification refuse to take a up to date picture of me cause he did not want anybody to see how my face look after I took the brutal beaten by I.D.O.C. staff's but yet he fabricated that he did take a new picture not knowing that part of the reason I was sent to out side hospital is cause of the way the C/O's brutally beatened my face. I yet have not received any of my property from Stateville C.C.

Printed on Recycled Paper

N2-6-23

RECEIVED
.R 0 1 2021

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 12-23-20 | Offender: (Please Print) Daniel Rodriguez | ID#: K76536

Present Facility: Menard | Facility where grievance issue occurred: Stateville

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): ____
- ☑ Disciplinary Report: 12, 21-22, 2020 (Date of Report) Stateville (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED
JAN 21 2021
ADMINISTRATIVE REVIEW BOARD

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Please view video cameras located in Stateville cell house unit B and any leading all the way to unit X-House cell 08 on the date of brutal attack 12-21-20 on me by Stateville Correctional Officer's, which internal Affair's have control of these cameras.
After this brutal attack on me I was denied immediate medical attention only to be placed in a ~~[illegible]~~ cell in unit X-House Segregation unit were they attacked me before they left me naked even though I made them aware that I need medical attention.
Due to the brutal beatened I took to my body, head and face that any body can see by just looking at my face. While it was happening I believed I was going to die.
During the brutal beatened I was not able to see from being pepper spray on my faced but I know it was the C/o's cause I was hand cuffed from the back when I was brutally ~~beatened~~ which

**Relief Requested:** Immediately fired these staff's, let me out of Seg, let me received proper medical treatment, transfer me to Sheridan or Stateville to receive some proper medical treatment and award me compensatory, punitive damages for the pain and suffering

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[Signature] Offender's Signature | K76536 ID# | 12, 23, 2020 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name | Counselor's Signature | Date of Response __/__/__

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature | Date __/__/__

Distribution: Master File; Offender

DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

led to me Being sent out in a ambulance to a out side Hospital call saint something Due to the injuries that can be seen in my face Head and ankle that look to be Broken and the agony I was in from the tremendous pain I was suffering (which I still am.)

All this began when Sergeant Nestacio Attack me by first pepper spraying me in my face then while I could not see I felt him Hitting me in my face during all this I was confused All I could think is I did nothing to this man, he is trying to kill me. I then blacked out. After this All I can Recall is not being able to see then being Brutally Attacked and Beaten from my Head, Face and Body. All this has left me with extreme pain everywhere.

After Existing the Hospital in a wheelchair I was forced into a Dog Cage by two white Staff's call S.O.R.T. even though I was still suffering tremendous pain all over my body, Head, Face and Ankle I can't even walk on. I made them aware of this but they did not care and throw me in the Dog Cage Stating its part of I.D.O.C. Security Reasons.

Intel Lt. Taylor was made aware on 12-21-20. About the videotape stating the above. Also I Recall a number of Staff's taken pictures and video of me After the Attack (Please view All this).

In Retaliation they transfer me to the most bias Racist prison in the I.D.O.C. on 12-22-20. In a Dog Cage even though I informed these two white Staffs call S.O.R.T. of the tremendous pain I am in, They were not trying to hear anything I stated to them and throw me in Dog Cage. Making me Have to suffer worst tremendous pain for Hours only to be dethumanized. This Happened Again once we got to I believed Logan C.C. were two other white staff's call S.O.R.T. Did the same forced me in another Dog Cage Refusing to Hear my pleads. For more Hours they made me suffer tremendous pain in these Dog Cages.

This transfer happened Also to denied me medical treatment Due to the doctor from the out side Hospital at saint something in Joliet. This Doctor Stated on 12-21-20 that I needed to go Back out to the out side Hospital the Next Day 12-22-20 to get a cast put on my Right ankle once I made it Back to Stateville on 12-21-20. From the out side Hospital I was seened by a white Nurse who was aware of this she stated that I will be Receiving two tramodol's twice a day then she gave two to take since she knew I was in pain but ever since the two she gave me I Have not Received none even After Consistently Complaining to the Nurse's. As this medication helps me cope with this tremendous pain I am suffering Daily.

I was never sent out to the out side Hospital on 12-22-20 to obtained a cast on my Right ankle As ordered by a out side Doctor from Saint something in Joliet. leaving me to suffer more tremendous pain. (Please See Medical Records).

Inmate Id: K76536

Name: RODRIGUEZ, DANIEL

Chair Code: SHBE

Grv Type: L

Grv Code: STAFF CONDUCT

Receive Date: 01/22/2021

Hearing Date: 00/00/0000

Mailing Date: 00/00/0000

Grv Loc: STATEVILLE CC

Hearing Loc: MENARD CC

Ret Form Ind:

Modify Ind:

Deny Ind:

Favorable Ind:

Deferred Ind:

Moot Ind:

Grievance Number:

Incident Number:

Incident Date: 00/00/0000

Incident Inst:

Date Receipted: 03/01/2021

Comments: (3) GRV'S DTD 12/23/20, 1/14/21 & 1/18/21 CLAIMS BEATEN 12/21/20 BY MOSTLY UNKNOWN C/O'S, DENIED MED TX (12/21/20), DR 1/19/21, WANTS PP BACK & CITES C/O NESCATO. ALL 3 FORMS ARE FROM 2012 & ADVISED ON 2/1/21 2020 FORM NEEDED. RESUBMITTED SAYING HE COULDN'T GET IT. . .NO 2012 FORMS SHOULD STILL BE AROUND. BUT WILL ALLOW THIS ONE TIME.

Exhibit

3-13-22

Administrative Review Board
P.O. Box 19277
Springfield, Ill 62794-9277

I am writing in hope of please being inform as to why I haven't received a response to the last letter I wrote stating what is the status to the Grievance's dated 12/23/20, 1/14/21 and 1/28/21 Nature of grievance Staff Conduct, Disciplinary Report and medical treatment which this office received March 4, 2021. (See Attached Exhibit).

Thank you for your time and assistance.

Respectfully Submitted,

Daniel Rodriguez

Daniel Rodriguez K76536
P.O. Box 1000
Menard, Ill 62259

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Rodriguez (Last Name) Daniel (First Name) ___ (MI) K76536 (ID#)

**Facility:** Menard

[X] Grievance: Facility Grievance # (if applicable) ______ Dated: 1/4/21, 1/18/21, 12/23/20 or [ ] Correspondence: Dated: ______

Received: 1/22/21 (Date) Regarding: Beaten @ Stateville, DR 1/19/21 med TX, P.P.

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

- [ ] Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- [ ] Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- [ ] Provide dates when incidents occurred.
- [ ] Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

- [ ] Contact your correctional counselor or Field Services regarding this issue.
- [ ] Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- [ ] Contact the Record Office with your request or to provide additional information.
- [X] Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- [ ] Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

- [ ] Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- [ ] Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- [ ] Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- [ ] Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- [ ] This office previously addressed this issue on ______ (Date)
- [ ] No justification provided for additional consideration.

**Other** (specify): You need to put on the revised (Jan 2020) form.

Completed by: Sherry Benton (Print Name) S. Benton (Signature) 2/1/21 (Date)

Review DR 504F.

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev. 3/2018)

11-01-21

Administrative Review Board
P.O. Box 19277
Springfield, IL 62794-9277

I am writing in hopes of being inform as to what is the status to the Grievances dated 12/23/20, 1/14/21 and 1/18/21 for Nature of grievance Staff Conduct, Disciplinary Report and medical treatment which this office received March 1, 2021. (See Attached Exhibit)

Thank you for your time and assistance.

Respectfully Submitted

[signature]

Daniel Rodriguez K76536
P.O. Box 1000
Menard Ill 62259

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** RODRIGUEZ (Last Name) DANIEL (First Name) ____ (MI) K76536 (ID#)

**Facility:** MENARD

☒ Grievance: Facility Grievance # (if applicable) 336-3-21 Dated: 3/9/2021 or ☐ Correspondence: Dated: ________

Received: 6/16/2021 (Date) Regarding: I/M MOVED OUT OF THE HCU ON MARCH 9, 2021

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on ________ (Date)
- ☐ No justification provided for additional consideration.

**Other** (specify): ________

Completed by: RYAN A. KILDUFF (Print Name) [signature] (Signature) 6-21-21 (Date)

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev. 3/2018)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

N2-08-08

**Grievance Officer's Report**

**Date Received:** 03/17/2021 **Date of Review:** 05/12/2021 **Grievance # (optional):** 336-3-21

**Offender:** Rodriguez, Daniel **ID#:** K76536

**Nature of Grievance:**

Staff Conduct and Medical treatment

**Facts Reviewed:**

GRIEVANCE DATED: March 9th, 2021 Offender grieves had a cast on his left leg and was moved out of the HCU without being seen by the medical director. Offender states he is in excruciating pain and enduring from the vicious beaten the staff at Stateville gave him. Offender states he is not allowed crutches, Living unit in the seg unit are very deplorable due to the above juries he is suffering daily. He is behind a steal door in a filthy cell with feces stuck to the wall and door. He is not able to shower in fear that he will be injures. On 3/17/21 the staff open the window cut the heat off and turn the fans on in order to make us suffer from the cold an refuse to clean the toilet water with feces that was on the gallery coming in to the cell.

RELIEF REQUESTED: Medical treatment, fired staff, compensatory damaged

COUNSELOR RESPONDED: 4/30/21 This grievance is out of time frame per DR 504.810 Incident occurred on 1/26/21, per grievance body, this CCII received on 4/29/21 for response.

GRIEVANCE OFFICE REVIEWED: May 12th, 2021 Issue appropriately addressed by counselor. Grievance Office cannot award monetary compensation.
Out of time frame. Per 20 Illinois Administrative Code 504 Subpart F Section 504.810 Filing of Grievance

RECEIVED
JUN 16 2021
ADMINISTRATIVE REVIEW BOARD

**Recommendation:**

It is the recommendation of this Grievance Officer that the inmate's grievance be MOOT.

Yvette Baker - Menard Correctional Center
Print Grievance Officer's Name

Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

**Chief Administrative Officer's Response**

RECEIVED

**Date Received:** MAY 12 2021 ☒ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

A. Wills
Chief Administrative Officer's Signature

5/14/21
Date

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

Daniel Rodriguez
Offender's Signature

K76536
ID#

8/3/21
Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

RECEIVED
JUN 16 2021
ADMINISTRATIVE
REVIEW BOARD

Distribution: Master File; Offender

Page 2

DOC 0047 (Rev. 3/2019)

*Printed on Recycled Paper*

RECEIVED MAR 17 2021

RECEIVED APR 29 2021

Housing Unit: N2-06 Bed #: 23

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

Date: 3-9-21 | Offender: (Please Print) Daniel Rodriguez | ID#: K76536

Present Facility: Menard | Facility where grievance issue occurred: Menard n Stateville

RECEIVED MAY 10 2021 MENARD CC GRIEVANCE OFFICE

336-3-21 MEN

NATURE OF GRIEVANCE:

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☒ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Other (specify): Living Conditions
- ☐ Disciplinary Report: __/__/__ Date of Report; Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED MAR 2021 ADMINISTRATIVE REVIEW BOARD

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 1/26/21 while with this Hard Cast on my left leg I was move out of the Healthcare unit without being seened by the Medical Director Suddiqui or any Nurse (Even though I have Consistently beened complaining to the Nurse's about the Excruciating Pain I'm induring from the vicious beatened the staff at Stateville gave me, for which at Stateville I was receiving 100 m.g. of Tramadol's and told by a white Nurse (I think her name is Ms. Page) that I would be receiving this twice a day, and I was receiving Tylenol 3's twice a day in order to at least cope with the Excruciating pain I'm induring daily. Now here in Menard they are refusing to give me neither pain medication and of left to being placed in the (Hole) segregation unit on 6 gallery cell 23 where I'm induring (more)

Relief Requested: Immediately give me the proper medical treatment as state in Grievance; fired those staff; make sure this never happen's again; comply to all state in Grievance; award me compensatory damages; punitive damages for pain and suffering I'm induring daily.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance.

[signature] Offender's Signature | K76536 ID# | 3, 9, 21 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 4,30,2021 ☒ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: This grievance is out of timeframe per DR 504.810. Incident occurred on 1/26/21, per grievance body. This CCII received on 4/29/21 for response.

Hood Print Counselor's Name | [signature] Counselor's Signature | 4,30,21 Date of Response

RECEIVED JUN 16 2021 ADMINISTRATIVE REVIEW BOARD

**EMERGENCY REVIEW**

Date Received: 3 / 18 / 21 Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

[signature] Chief Administrative Officer's Signature | 3 / 18 / 21 Date

Distribution: Master File; Offender

Printed on Recycled Paper 86

Living Conditions

DOC 0046 (1/2018)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

Housing Unit: ______ DOC #: ______

unnecessary Excruciating pain on my on my right knee, shoulders, back, and Arm's Due to not being allow to have crutches to move around when I have a cast on my left leg Due to the staff at Stateville shattering my left ankle bone into a bunch of piece's for which I have to indure excruciating pain Daily. (See Medical Record 8). I Also have had my family call down here and Springfield Complaint About the Above. And I have Also gave multiple Request's with the M.D. Siddique name on them to the nurse's stating the Above, Deliberate indifference of the serious proper medical treatment I am very much in need.

living Conditions in this (hole) seg unit are very deplorable. Due to the Above quide's I am suffering daily. I'm being forced to be confine behind a busted steel door in a filthy cell with feces stuck to the wall and floor which I am not able to clean Due to the excruciating pain I'm induring as stated and the hard cast on my left leg. I am not able to go shower in fear that I will injured my self Due to this seg unit not providing the mean's necessary for individuals with condition like me to obtained a shower. On 3/17/21. The staff open the windows cut the heat off and turn the fans on in order to make us suffer from the cold and Refuse to clean the toilet water with feces that was on the gallery coming into the cell I am confine to, forcing me to live in these inhumane painful living condition for 4 days. I was only able to identify the ones I complain to as white Due to them wearing Tac Team Gear.

Date is not correct
offender submitted
grievance on 3/9/2021.
probably referring to
2/17/2021.

RECEIVED MAR 31 2021

Housing Unit: N2-04-23 Bed #:

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 3-20-2021
Offender: (Please Print) Daniel Rodriguez
ID#: K76536

Present Facility: MENARD
Facility where grievance issue occurred:

RECEIVED APR 05 2021 MENARD CC GRIEVANCE OFFICE

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Other (specify): Living Conditions
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Disciplinary Report: / / Date of Report; Facility where issued

488 3-21 MEN

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 1/26/21 while with this hard cast on my left leg I was move out of the Health Care unit without being seened by the medical Director Siddiqui or any Nurse (even though I have consistently been complaining to the nurse's about the excruciating pain I'm induring from the vicious beat that the staff at Stateville gave me for which at Stateville I was receiving 100 M.G. of Tramadol's and told by a white nurse that I would be receiving this twice a day, and I was receiving Tylenol 3s twice a day in order to at least cope with the excruciating pain I'm induring daily. Now here in Menard they are refusing to give me neither pain medication as of yet). To be placed in the (hole) segregation unit on gallery cell 23 were I'm induring (more) unnecessary excruciating pain on right knee, shoulder's, back and arms due to not being allow to have crutch's to move around when I have a cast on my left leg due

**Relief Requested:** immediately provide me with the proper medical treatment as stated in this grievance; provide me with crutch's; provide me with Tramadol's, Tylenol 3s as stated; if this facility is not able to provide the above transfer me to Pontiac; compensate me for compensatory damages; punitive damages for pain & suffering I'm induring daily.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance.

[signature] Offender's Signature — K76536 ID# — 3, 20, 21 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: / / ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name — Counselor's Signature — / / Date of Response

**EMERGENCY REVIEW**

Date Received: / /

Is this determined to be of an emergency nature? ☒ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

[signature] Chief Administrative Officer's Signature — 4 / 1 / 21 Date

IIE Staff conduct

Housing Unit:

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

to the Staff at Stateville shattering my left ankle Bone into a bunch of pieces for which I have to indure Excruciating pain Daily. (See Medical Records). I also have had my family Call down here and Springfield Complain About the Above. And I have also give multiple Request's with the M.D. Siddiqui name on them to the Nurses stating the Above. Deliberate indifference of the serious proper medical treatment I am very much in need. Without yet Being seened by Him.

living Conditions in this (Hole) Seg unit are very deplorable. Due to the Above injuries I'm suffering daily, I'm being forced to be confine behind a Busted steal Door in a filthy Cell with feces stuck to the wall and floor which I am not able to clean Due to the Excruciating pain I'm induring As stated and the Hard Cast on my left leg. I'm Not able to go shower in fear that I will injured my self Due to this seg unit Not providing the means necessary for individuals with condition like me to obtained a shower. On 3/17/21. The staff open the window cut the Heat off and Turn the fans on in order to make us suffer from the cold and Refuse to clean the toilet water with feces that was on the gallery coming into the cell I am confine to forcing me to live in these inhumane painful living condition. For a minimum of 4 days. I was only able to Identify that they were white male individuals. I would consistently Comply to them about the Above (See Camera footage).

Every Meal I have seened receiving since I Beened Here in the Seg unit has been cold. When by Law I should be Receiving Hot meals.

There is nothing in the 504 Rule's stating that I should be placed in ESR in order to be punish by being Denied the same Rights the other Prisoner in Seg are Receiving like being Placed in a cell behind the Bars, Not being abled to shop for the same Commissary items other prisoners in Seg are being able to purchase. I am being placed in Black stripes Jumpsuit as other prisoners ain't.

Relief Requested; let me see the Medical Director; Provide me with low Bunk, low Gallery, front Cuffs permits Due to the Excruciating Pain I'm induring Daily; fired the Tac team; Take me off ESR; Provide me with Hot meals; placed me Behind the Bars; Stop violating the D.R. 504;

Due to all the Above I am contemplating in murdering my self or murdering others.

Distribution: Master File; Offender

Printed on Recycled Paper

DOC 0046 (1/

N2-6-23

ILLINOIS DEPARTMENT OF CORRECTIONS

# RESPONSE TO OFFENDER'S GRIEVANCE

## Grievance Officer's Report

**Date Received:** 04/05/2021 **Date of Review:** 04/05/2021 **Grievance # (optional):** 488-3-21

**Offender:** Rodriquez, Daniel **ID#:** K76536

**Nature of Grievance:**

Living Conditions/ Medical Treatment

**Facts Reviewed:**

Offender submitted a grievance dated 3/20/2021 and grieves on 1/26/2021 he was moved out of the HCU with a hard cast on his left leg without seeing the Medical Director or any Nurse. He states he has been consistently complaining to the Nurses about having excruciating pain from the vicious beating the staff at STA gave him and he was receiving 100mg of Tramadol 2x a day and Tylenol 3, 2x a day. Now here at Menard they are refusing to give him neither pain medications. He has been placed in the segregation unit were he is enduring unnecessary excruciating pain on his right knee, shoulders, back, and arms due to not being allowed to have crutches to move around. He states that living conditions in seg unit are deplorable behind a rusty steel door with feces stuck to the wall and floor that he is unable to clean due to the excruciating pain he is enduring. He is not able to go to the shower in fear that he will injure himself. On 3/17/2021 the staff opened the windows up, turned the heat off, and turned the fans on in order to make them suffer from the cold. Every meal he has received in seg has been cold. There is nothing stated in the DR504 rules that he should be in ESR.

Relief Requested: "Immediately provide me with the proper Medical treatment as stated in this grievance; provide him with crutches, provide me with Tramadol, Tylenol 3 as stated, if this facility is not able to provide the above transfer me to Pontiac, compensate me for compensatory damages, punitive damages for pain suffering I'm enduring daily. Let me see the Medical Director/ provide me with low bunk, low gallery, front cuffs permits due to the excruciating pain I'm enduring daily fired the

Continued on back page...

**Recommendation:**

It is the recommendation of this Grievance Officer that the inmate's grievance be MOOT.

Kelly Pierce, CCIII - Menard Correctional Center — [signature]

Print Grievance Officer's Name — Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

**Date Received:** ______ ☑ I concur ☐ I do not concur ☐ Remand

**Action Taken:**

[signature] 4/23/21

Chief Administrative Officer's Signature — Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

[signature] K76536 4-24-21

Offender's Signature — ID# — Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO OFFENDER'S GRIEVANCE (Continued)**

Continued...

TACT team, take me off ESR, provide me with hot meals placed me behind the bars, stop violating the DR504. Due to all the above I am contemplating in murdering myself or murdering others."

Grievance #488-3-21 was received on 3/31/2021 and marked emergency by the offender. It was deemed of emergency nature by the Warden on 4/1/2021 and returned to Grievance Office for processing on 4/5/2021.

Grievance Office sent the grievance to the HCU to review on 4/5/2021.

The N2 Major advised that cells are thoroughly cleaned prior to an inmate taking residence in it. ESR is an Administrative decision for the safety and security of the institution.

Dietary follows the guideline of the Master Menu that is provide by the IDOC Food Administrator, and on what products and produce is available for the region. All meals are in accordance with Nutritional Guidelines provided by State Standards. The offender is being provided the appropriate Meal, which contains the appropriate nutritional value.

Dr. Siddiqui, Facility Medical Director and Angela Crain, RN, BSN, HCUA reviewed the grievance and advised that per review of the offender's medical records, the offender was moved to Restrictive Housing on 01/26/2021 from HCU. The offender was in the HCU on a security hold, not for medical purposes at that time. The offender's housing unit change was determined by security and placement. The offender was seen by NP Zimmer on 1/28/21 for his Ortho medical furlough return. The offender expressed breakthrough pain and was given an increase in his Neurontin pain medication to 900mg TID X 1 year. On 03/25/21 the offender's cast was removed, and he was released to full wight bearing by the Ortho Specialist, crutches were not prescribed by the Ortho Specialist. The HCU has not received a written request from the offender requesting a low bunk/low gallery permit. It is the offender's responsibility to personally submit a written request to NSC for his healthcare needs. Offender should utilize nurse sick call protocol if any further issues.

The Grievance Office cannot award monetary compensation.

The offender may submit a request to Mental Health according to procedure if he has concerns of his mental wellbeing.