**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DANIEL RODRIGUEZ (K-76536),

                              Plaintiff,

    v.

MARC ANASTACIO *et. al.*

                              Defendant.

No. 22-cv-4245

Honorable John J. Tharp, Jr.
Judge Presiding

**JOINT STATUS REPORT**

NOW COMES Plaintiff, DANIEL RODRIGUEZ, and Defendant, MARC ANASTACIO, by and through their counsel, and submit the following Joint Status Report pursuant to the Court's Order of April 3, 2025:

**I.    STATUS OF FACT WITNESS DEPOSITIONS**

Since the last status report, the parties have completed the depositions of the named parties, Daniel Rodriguez and Defendant Anastacio. The deposition of fact witness Correctional Officer Joanna Rios, who reportedly prepared the correctional facility report, is scheduled for May 2, 2025. The parties are currently jointly working to coordinate additional required fact witness depositions of additional correctional officers and inmates for dates in May, and working within the constraints of the correctional facility guidelines and available timeframes.

**II.    ANTICIPATED FACT WITNESS DEPOSITIONS PRIOR TO THE CLOSE OF DISCOVERY**

The prior joint status report identified up to eleven potential deponents, the parties at this time intend to currently proceed with at least three additional depositions:

1) Jose Salcedo (individual in custody)
2) Joanna Rios (Correctional Officer)
3) Dermot P. McMahon (Painter)

Defendant's counsel has determined the status and availability of each of these prospective deponents, and has proposed dates in May. The parties anticipate completing these witness depositions in May, and then determining whether any additional fact witness depositions are necessary. Counsel for Rodriguez will timely identify and notice additional depositions should further evidence or witness information require taking their testimony.

### III.     SETTLEMENT POSSIBILITY & NEXT STEPS

The parties continue to engage in settlement negotiations. The parties will continue discussions to see if a resolution can be reached before incurring the expense of additional witness depositions. If necessary, the parties may request a settlement conference.

Dated: April 22, 2025

Respectfully Submitted,

/s/*Craig A. Jacobson*
Craig A. Jacobson
Demitri Kladis
Gordon Rees Scully Mansukhani, LLP
One North Wacker Dr., Suite 1600
Chicago, Illinois 60606
Telephone No. (312) 980-6784
craig.jacobson@grsm.com
dkladis@grsm.com
*Counsel for Plaintiff*

s/ *Paul O. Watkiss*
Paul O. Watkiss
ARDC #6196695
Assistant Attorney General
General Law Bureau
Prisoner Litigation Unit
115 S. LaSalle Street; Suite 2800
Chicago, Illinois 60603
224-922-8120
Paul.watkiss@ilag.gov
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2025, I electronically filed the foregoing **Joint Status Report**, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I hereby certify that on that same date, I caused to be mailed by United States Postal Service, a copy of the foregoing document to the following non-registered participant:

DANIEL RODRIGUEZ,
K-76536
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

| | |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois | s/*Paul O. Watkiss*<br>Paul O. Watkiss<br>ARDC #6196695<br>Assistant Attorney General<br>General Law Bureau<br>Prisoner Litigation Unit<br>115 S. LaSalle Street; Suite 2800<br>Chicago, Illinois 60603<br>224-922-8120<br>Paul.watkiss@ilag.gov |
| | /s/*Craig A. Jacobson*<br>Craig A. Jacobson<br>Demitri Kladis<br>Gordon Rees Scully Mansukhani, LLP<br>One North Wacker Dr., Suite 1600<br>Chicago, Illinois 60606<br>Telephone No. (312) 980-6784<br>craig.jacobson@grsm.com<br>dkladis@grsm.com<br>*Counsel for Plaintiff* |